No. 240.   SEARS, ROEBUCK & CO. *v.* MARZALL (WATSON SUBSTITUTED), COMMISSIONER OF PATENTS.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Frank H. Marks, C. Willard Hayes* and *Ivan P. Tashof* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondent.

No. 242.   SHIPOWNERS & MERCHANTS TUGBOAT CO. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Lloyd M. Tweedt* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade, Leavenworth Colby* and *Benjamin Forman* for the United States.

No. 251.   BRUNE *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   *Frank B. Bozza* for petitioner.   *Edward Gaulkin* and *C. William Caruso* for respondent.

No. 261.   GROSS INCOME TAX DIVISION, INDIANA DEPARTMENT OF STATE REVENUE, ET AL. *v.* SURFACE COMBUSTION CORP.   Supreme Court of Indiana.   Certiorari denied.   *Edwin K. Steers,* Attorney General of Indiana, and *John J. McShane, Lloyd C. Hutchinson, Earl E. Schmadel* and *George B. Hall,* Deputy Attorneys General, for petitioners.   *Arthur L. Gilliom, Robert D. Armstrong* and *Elbert R. Gilliom* for respondent.

No. 262.   GROSS INCOME TAX DIVISION, INDIANA DEPARTMENT OF STATE REVENUE, ET AL. *v.* SURFACE COMBUSTION CORP.   Supreme Court of Indiana.   Certiorari

denied. *Edwin K. Steers,* Attorney General of Indiana, and *John J. McShane, Lloyd C. Hutchinson, Earl E. Schmadel* and *George B. Hall,* Deputy Attorneys General, for petitioners. *Arthur L. Gilliom, Robert D. Armstrong* and *Elbert R. Gilliom* for respondent.

No. 273. U. S. PRINTING & NOVELTY CO., INC. ET AL. *v.* FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Barnes* and *Earl W. Kintner* for respondent.

No. 21. SINCLAIR ET AL. *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *James H. Martin* for petitioners. *John Ben Shepperd,* Attorney General of Texas, and *J. Milton Richardson, John Atchison* and *William M. King,* Assistant Attorneys General, for respondent.

No. 88. JONES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *James H. Martin* and *Travis Kirk* for petitioner. *John Ben Shepperd,* Attorney General of Texas, *John Davenport* and *David Beerbower,* Assistant Attorneys General, and *Henry Wade* for respondent.

No. 134. BUSCH JEWELRY CO. ET AL. *v.* STATE BOARD OF OPTOMETRY. Supreme Court of Mississippi. Certiorari denied. *M. B. Montgomery* for petitioners. *Richard A. Billups, Jr.* for respondent.